NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

STORED VALUE SOLUTIONS, INC.
(NOW KNOWN AS CERIDIAN STORED VALUE
SOLUTIONS, INC.),
*Plaintiff-Appellee,*

v.

CARD ACTIVATION TECHNOLOGIES, INC.,
*Defendant-Appellant.*

---

2011-1528

---

Appeal from the United States District Court for the District of Delaware in case no. 09-CV-0495, Judge Kent A. Jordan.

---

ON MOTION

---

ORDER

Card Activation Technologies, Inc. move to withdraw Richard L. Rainey as of counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 0 2 2012                    /s/ Jan Horbaly
—————————                       Jan Horbaly
        Date                    Clerk

cc:  Alan M. Fisch, Esq.
     Mark J. Peterson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2012

JAN HORBALY
CLERK